

ENTERED
11/18/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
ARTIS HUGHES § CASE NO: 19-34857
   Debtor(s) §
§ CHAPTER 7

## ARREST WARRANT

On September 17, 2019, this Court issued an Order for Initial Hearing scheduled for October 8, 2019 ordering Artis Hugues ("*Debtor*") to appear. On October 8, 2019 Debtor failed to appear. On October 8, 2019, the Court issued an Order setting a further hearing for November 18, 2019 ordering Debtor to appear. Debtor again failed to appear at the November 18, 2019 hearing. The September 17, 2019 Order Compelling Attendance stated that if Debtor failed to appear at the October 8, 2019 hearing, the Court may compel attendance through an arrest warrant. This Court, having already entered an Order wherein Debtor was ordered to comply, is only left with one remedy to compel Debtor's attendance. Accordingly, it is therefore

    **ORDERED** that:

1. the United States Marshals Service arrest and produce ARTIS HUGHES, last known address of 2827 E. Trailblazer Ln Manvel, Texas 77578.

2. ARTIS HUGHES shall be brought before the United States Bankruptcy Court, Courtroom No. 401, 515 Rusk Ave. Houston Texas 77002.

3. In executing this arrest warrant, the United States Marshals Service is authorized to use any force reasonably necessary to take ARTIS HUGHES into custody.

4. Questions regarding this arrest warrant should be addressed to the Enforcement Office of the United States Marshals Service, Attention George Ramirez, (956) 683–2400.

5. The Court orders the Clerk to serve a copy of this Order to the United States Marshals Service.

SIGNED 11/18/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge